UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>        Plaintiff,<br><br>   v.<br><br>A ETZEL,<br><br>        Defendant. | Case No. 22-cv-03742-HSG<br><br>**ORDER GRANTING REQUEST FOR COPIES; SUA SPONTE GRANTING EXTENSION OF TIME TO ANSWER ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 5 |

Plaintiff, an inmate at Pelican Bay State Prison, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On July 6, 2022, the Court ordered Plaintiff to show cause why his request for leave to proceed *in forma pauperis* should not be denied pursuant to the three strikes provision set forth in 28 U.S.C. § 1915. Dkt. No. 4. Plaintiff has filed a motion requesting a one-time courtesy copy of his complaint, stating that on July 10, 2022, prison officials destroyed his legal paperwork and he is unable to answer the Order to Show Cause without a copy of his complaint. Dkt. No. 5. Good cause being shown, the Court GRANTS Petitioner's request for a courtesy copy of his complaint. The Clerk shall enclose a courtesy copy of the complaint and all attachments (ECF No. 1) with this order. The Court *sua sponte* grants Plaintiff an extension of time to August 22, 2022, to answer the Court's July 6, 2022 Order to Show Cause.

This order terminates Dkt. No. 5.

**IT IS SO ORDERED.**

Dated: 7/19/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge