UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A ETZEL,<br><br>　　　　Defendant. | Case No. 22-cv-03742-HSG<br><br>**ORDER GRANTING FURTHER EXTENSION OF TIME TO ANSWER ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 7 |

Plaintiff, an inmate at Pelican Bay State Prison, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has requested a 35-day extension of time to answer the Court's July 6, 2022 Order to Show Cause. Dkt. No. 7. Plaintiff's answer was due on August 3, 2022. Dkt. No. 4. On July 19, 2022, the Court granted Plaintiff an extension of time to August 22, 2022 to answer the Order to Show Cause. Dkt. No. 6. The Court GRANTS Plaintiff's request for a 35-day extension of time. Dkt. No. 7. Plaintiff shall answer the Court's July 6, 2022 Order to Show Cause by September 7, 2022.

This order terminates Dkt. No. 7.

**IT IS SO ORDERED.**

Dated: 7/25/2022

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge